KRISTEN CLARKE, Assistant Attorney General
SAMEENA SHINA MAJEED, Chief
CARRIE PAGNUCCO, Acting Deputy Chief
ANDREA K. STEINACKER, Special Litigation Counsel
U.S. Department of Justice
Civil Rights Division
150 M St., NE
Washington, DC 20530
Telephone: (202) 305-0744
Fax: (202) 514-1116
Andrea.Steinacker@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS LIBERTY & ASSOCIATES, PLC d/b/a/ THE HOUSE LAWYER, LOUIS A. LIBERTY, and BARNEY DIAMOS<br><br>Defendants. | No. 4:22-CV-5639-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, Plaintiff United States and Defendants Louis Liberty & Associates, PLC, Louis A. Liberty, and Barney Diamos, by and through their undersigned counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's complaint and to continue the initial case management conference currently set for January 4, 2023, along with all corresponding deadlines, including filing of the Rule 26(f) Report and initial disclosures, to be rescheduled accordingly. The parties state as follows:

1. On September 30, 2022, Plaintiff United States filed a complaint under the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.*, in the above-entitled action. (ECF No. 1).

2. The parties have been engaged in efforts to resolve this matter since before the complaint

was filed, and the efforts have continued since the filing of the complaint. On November 28, 2022, the United States served a Notice of Lawsuit and Request for Waiver of Service of Summons on all Defendants. Defendant Barney Diamos has returned the executed Waiver of Service (ECF No. 6), and Defendants Louis Liberty & Associates, PLC and Louis A. Liberty expect to return the waiver by the deadline. Therefore, Defendants' answers to the complaint will be due January 27, 2023.

3.  The Parties are continuing efforts to resolve this matter and believe that it would best conserve the Parties' and the Court's resources to extend Defendants' time to respond to the complaint and to continue the initial case management conference and associated deadlines by approximately sixty (60) days to permit the Parties to continue working toward a resolution.

4.  The Parties thus agree to extend the time for Defendants to respond to Plaintiff's complaint from the current deadline of January 27, 2023, to and including March 28, 2023.

5.  In its Order of September 30, 2022, the Court set an initial case management conference for January 4, 2023.  (ECF No. 3). The Parties agree that the initial case management conference should be continued to allow the Parties to reach a final agreement. The Parties therefore request that the Court schedule the initial case management conference for March 1, 2023 at 1:30 p.m. The Parties further request that any associated deadlines be continued in conformity therewith.

IT IS SO STIPULATED.

/
/
/
/
/
/
/
/
/
/

DATED: December 7, 2022          Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief
CARRIE PAGNUCCO, Acting Deputy Chief

*/s/ Andrea K. Steinacker**
Andrea K. Steinacker (WA Bar No. 35688)
Attorney for the United States

DATED: December 7, 2022

*/s/ Louis A. Liberty*
Louis A. Liberty (CA Bar No. 147975)
Attorney/Representative for Defendants Louis Liberty & Associates, PLC and Louis A. Liberty

DATED: December 7, 2022

*/s/ Theresa L. Kitay*
Theresa L. Kitay (CA Bar No. 237311)
Attorney for Defendant Barney Diamos

---

\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Defendants have concurred in the filing of this document.

STIPULATION AND ORDER (AS MODIFIED) TO EXTEND TIME AND CONTINUE CMC
Case No. 4:22-cv-5639-DMR

3

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. The Case Management Conference currently set for January 4, 2023 at 1:30 p.m. is hereby continued to April 5, 2023 at 1:30 p.m. in Oakland, by Videoconference only; and
2. The Parties will provide the Court with a Joint Case Management Statement by March 29, 2023.
3. The deadline for Defendants to respond to the United States' complaint is extended to March 28, 2023.

IT IS SO ORDERED AS MODIFIED.

Dated: December 8, 2022



Hon. Donna M. Ryu
United States Magistrate Judge

CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-5, I certify that I served the Stipulation and Proposed Order to Extend Time and Continue Case Management Conference on all Defendants via email on December 7, 2022 as follows:

Louis A. Liberty
Louis Liberty & Associates
1032 Flying Fish Street
Foster City, CA 94404
lou@carlawyer.com

Attorney/Representative for Louis Liberty & Associates, PLC and Louis A. Liberty

Theresa L. Kitay
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
3515 Peachtree Road NE
Monarch Plaza, Suite 1600
Atlanta, GA 30326
tkitay@bakerdonelson.com

Attorney for Barney Diamos

/s/ Andrea K. Steinacker
Andrea K. Steinacker
Attorney for the United States